JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRIAND,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANCORP et al.,<br><br>    Defendants. | Case No. 2:24-cv-08227-SB-PD<br><br>ORDER OF DISMISSAL |

    Plaintiff William Briand, a self-represented litigant, filed this action on September 24, 2024, Dkt. No. 1, and submitted a request to proceed in forma pauperis (IFP), Dkt. No. 3.  On October 25, 2024, the Court exercised its screening authority under 28 U.S.C. § 1915(e) and dismissed the complaint with leave to amend.  Dkt. No. 9.  The Court allowed Plaintiff to file a first amended complaint by November 22, 2024 and cautioned that failure to do so would be construed as consent to dismissal of the case without prejudice.  *Id.*  The Court's order was served on Plaintiff at his address of record but returned as undeliverable, and Plaintiff failed to file his FAC by the deadline.  Dkt. No. 10.

    Local Rule 41-6 requires pro se plaintiffs to keep the Court apprised of their current address.  The rule also permits dismissal for failure to prosecute if mail is returned as undeliverable and the plaintiff does not file a notice of change of address within 14 days of the service date.  L.R. 41-6.  As Plaintiff has failed to timely file a notice of change of address, the Court dismisses this case without prejudice.  The clerk shall close the case.

Date: December 4, 2024

                                                           Stanley Blumenfeld, Jr.
                                                        United States District Judge